# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLENE ROGOFF, AN INDIVIDUAL,
Appellant,

vs.

JAMES MARSH,
Respondent.

No. 81615

FILED

AUG 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order revising vexatious litigant restrictions in a previous order. Eighth Judicial District Court, Clark County; Trevor L. Atkin, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order designating a party a vexatious litigant or revising those restrictions. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-30152

cc:    Hon. Trevor L. Atkin, District Judge
        Marlene Rogoff
        The Galliher Law Firm
        Eighth District Court Clerk